**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 99-1048**

─────────────

CHARLES EDWIN MERRILL,

Plaintiff - Appellant,

versus

MCCLATCHY NEWSPAPERS, INCORPORATED,

Defendant - Appellee.

─────────────

Appeal from the United States District Court for the Western District of North Carolina, at Asheville. Lacy H. Thornburg, District Judge. (CA-97-341)

─────────────

Submitted: July 27, 1999          Decided: August 5, 1999

─────────────

Before HAMILTON, LUTTIG, and TRAXLER, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

George Daly, Anna Daly, DALY & DALY, P.A., Charlotte, North Carolina, for Appellant. Hugh Stevens, C. Amanda Martin, EVERETT, GASKINS, HANCOCK & STEVENS, L.L.P., Raleigh, North Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charles Edwin Merrill appeals the district court's order dismissing his civil action, alleging libel and related claims. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Merrill v. McClatchy Newspapers Inc., No. CA-97-341 (W.D.N.C. Dec. 18, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2